# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-cv-00485-GCM

| | |
|---|---|
| MARC HUBBARD, Individually and ) | |
| SPORTS DIMENSIONS, INC., ) | |
| d/b/a CLUB DEEP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE CHARLOTTE-MECKLENBURG ) | |
| POLICE DEPARTMENT; ) | |
| ) | |
| THE CITY OF CHARLOTTE, a ) | |
| North Carolina Municipality; ) | |
| ) | |
| DETECTIVE MIKE BARRON, ) | |
| Individually and Officially, as an ) | |
| Officer for the Charlotte – Mecklenburg ) | |
| Police Department; ) | ORDER |
| ) | |
| OFFICER TERRY MACK, ) | |
| Individually and Officially as an ) | |
| Officer for the ) | |
| Charlotte-Mecklenburg ) | |
| Police Department; ) | |
| ) | |
| OFFICER MIKE SMATHERS, ) | |
| Individually and Officially as an ) | |
| Officer for the Charlotte-Mecklenburg ) | |
| Police Department; and ) | |
| ) | |
| MAJOR EDDIE LEVINS, ) | |
| Individually and Officially, as an ) | |
| Officer for the Charlotte- ) | |

| | |
|---|---|
| **Mecklenburg Police Department** | ) |
| | ) |
| **Defendants** | ) |

For good cause shown, the "Initial Attorney's Conference" is extended fourteen days from the date of this Order

                                        Signed: January 2, 2008

                                        Graham C. Mullen
                                        United States District Judge