IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-485-DCK

| | |
|---|---|
| MARC HUBBARD, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE, et al., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The trial in this case is currently scheduled for the November 2, 2009 term. The Defendants have filed motions for summary judgment which will not technically be ripe for consideration until September 25, 2009. In order to provide sufficient time for a careful consideration of the parties' summary judgment papers, the Court in its discretion will move the trial date to the **February 16, 2010** trial term.

**IT IS SO ORDERED**.

Signed: September 23, 2009

David C. Keesler
United States Magistrate Judge