# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07-CV-485-DCK

| | |
|---|---|
| MARC HUBBARD, et al., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The trial in this case is currently scheduled for the February 16, 2010 term. In order to provide sufficient time for a careful consideration of the parties' summary judgment papers, the Court in its discretion will move the trial date to the **May 10, 2010** trial term.

**IT IS SO ORDERED**.

Signed: January 11, 2010

David C. Keesler
United States Magistrate Judge